UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020

```
------------------------------------------------------------- X
  ANGEL CHEVRESTT,                                             :
                                                               :
                                  Plaintiff,                   :
                                                               :
           -against-                                           :   19-CV-10368 (VEC)
                                                               :
                                                               :        ORDER
  RICHARD TUCKER MUSIC                                         :
  FOUNDATION, INC. D/B/A                                       :
  HTTPS://WWW.RICHARDTUCKER.ORG/;                              :
  AND DOES 1 THROUGH 10 INCLUSIVE,                             :
                                                               :
                                                               :
                                  Defendants.                  :
------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff filed this lawsuit on November 7, 2019, *see* Dkt. 1;

WHEREAS Plaintiff filed an affidavit reflecting timely service of a summons and the Complaint on Defendants, *see* Dkt. 8;

WHEREAS Defendants have failed to appear, answer, or otherwise respond to the Complaint by the December 5, 2019 deadline, *see* Fed. R. Civ. P. 12(a)(1)

IT IS ORDERED that Plaintiff must apply for a certificate of default against Defendant no later than **April 2, 2020**. Within fourteen days of receiving such a certificate, Plaintiff must apply for a default judgment against Defendant, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

Date: **March 2, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**